**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RITTENHOUSE PLAZA, INC.,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-4829** |
| | : | |
| **FEDERAL INSURANCE** | : | |
| **COMPANY,** | : | |
| **Defendant.** | : | |

---

**ORDER**

**AND NOW**, this 17th day of November, 2026, it is hereby **ORDERED** that Defendant's Cross-Motion for Judgment on the Pleadings (Doc. No. 15) is **GRANTED** and Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 9) is **DENIED**. Judgment is entered for the Defendant, and against the Plaintiff as follows:

1. It is **DECLARED** that the Defendant is not obligated to defend or indemnify Plaintiff in the lawsuit captioned Philip E. Tetlock and Barbara A. Mellers v. Hunter Roberts Construction Group, LLC, et al., June Term 2023, Case No. 23-0601242 (C.P. Phila.);
2. The Complaint (Doc. No. 1-1) is **DISMISSED with prejudice**; and
3. The Clerk of Court shall close this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.